**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>      v.<br><br>Real property located at 18038 E. Chandler Heights Road, Gilbert, AZ 85297;<br><br>      Defendant. | CIV-05-3035-PHX-SMM<br><br>**STIPULATED JUDGMENT**<br><br>**CERTIFICATE OF REASONABLE CAUSE** |

    Plaintiff, United States of America, by and through its attorney, DANIEL G. KNAUSS United States Attorney for the District of Arizona, and his Assistant, Lisa Roberts, Assistant United States Attorney, and Claimants, Angel R. Olmedo, through his criminal attorney, Stephen G. Ralls, and Cecelia Olmedo through counsel, Tonya J. Peterson, present this stipulation regarding their interest in the above captioned defendant real property, to resolve this matter. There being no objection and the Court finding good cause, it is hereby ordered that the Stipulation, and the facts contained therein, are adopted by the Court. Accordingly,

1  **IT IS ORDERED** that the defendant real property is hereby declared forfeited to
2  the United States, pursuant to the provisions of to 31 U.S.C. § 5317(c)(2); 21 U.S.C. §
3  881, and 18 U.S.C. §981, and is to be disposed of according to law.
4  **IT IS FURTHER ORDERED** that Claimant Cecelia Olmedo's claim filed in this
5  action is hereby withdrawn.
6  **IT IS FURTHER ORDERED** that Claimants release and forever discharge the
7  United States and the Department of Justice, the Drug Enforcement Administration, and
8  the United States Treasury Department and all officers, employees, contract employees,
9  agents, and task force agents from any and all actions, causes of action, suits,
10 proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands
11 whatsoever in law or equity which Claimants, their heirs, successors, or assigns ever had,
12 now have, or may have in the future in connection with the seizure, detention, and
13 forfeiture of the above-captioned defendant.
14 The Court finds that the agents of the United States and the Department of Justice,
15 the Drug Enforcement Administration, and the United States Treasury Department had
16 reasonable grounds to seize defendant property described herein, pursuant to the terms of
17 28 U.S.C. §2465, and that Claimants have not substantially prevailed as the result of this
18 settlement agreement.
19 Each party is responsible for its respective costs and attorney fees.
20 DATED this 25th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge